UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHELTON JONES, | Case No. 2:23-cv-02769-FLA (JC) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PEOPLE OF CA., | |
| Defendant. | |

Pursuant to the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

Dated: August 16, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge